IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. 2:18-cr-466-TFM |
| | ) | |
| RAYMOND DAVID JACQUES, III | ) | |

## ORDER

Pending before the Court is the Defendant's Motion to Suppress (Doc. 18), the Report and Recommendation (Doc. 41) that the motion to suppress be denied, and Defendant's objections (Docs. 46, 54). The Magistrate Judge previously held a hearing on the motion to suppress on April 17, 2019 and incorporated the testimony and evidence from the hearing in recommending the motion to suppress be denied.

The Court conducted a *de novo* review to those portions of the recommendation to which Defendant objections. *See* 28 U.S.C. § 636(b). Additionally, the Court reviewed the transcript of the evidentiary hearing, watched the video interviews submitted for evidence, examined the exhibits, and fully considered the objections. Having done so, the Court concurs with the Report and Recommendation and finds that the objections lack merit. Accordingly, it is **ORDERED** as follows:

(1) Defendant's objections (Docs. 46,54) are **OVERRULED**;

(2) The Report and Recommendation (Doc. 41) is **ADOPTED**;

(3) Defendant's Motion to Suppress (Doc. 18) is **DENIED**.

**DONE** and **ORDERED** this 11th day of June, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE